SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A.F. POPOVIC, Cal. Bar No. 132403
E-Mail: npopovic@sheppardmullin.com
MARTIN D. WHITE, Cal. Bar No. 253476
E-Mail: mwhite@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415-434-9100
Facsimile:  415-434-3947

CLEARY GOTTLIEB STEEN & HAMILTON LLP
JONATHAN I. BLACKMAN [Admitted *Pro Hac Vice*]
E-Mail: jblackman@cgsh.com
CARMINE D. BOCCUZZI [Admitted *Pro Hac Vice*]
E-Mail: cboccuzzi@cgsh.com
MICHAEL M. BRENNAN [Admitted *Pro Hac Vice*]
E-Mail: mbrennan@cgsh.com
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2000
Facsimile:  212-225-3999

Attorneys for *Defendant*
THE REPUBLIC OF ARGENTINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| NML CAPITAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant | No. C 12-80185 JSW (MEJ) <br><br> [PROPOSED] ORDER EXTENDING TIME TO FILE OBJECTION TO DISCOVERY ORDER ISSUED BY MAGISTRATE JUDGE JAMES <br><br> [Fed. R. Civ. P. 6(b); Local Rule 6-2] |

Case No. C 12-80185

SMRH:407222766.1                                    [PROPOSED] ORDER EXTENDING TIME

1  Having reviewed and considered the stipulation of the parties, and good
2  cause appearing, IT IS SO ORDERED that the deadline for defendant the Republic of
3  Argentina to serve its objections to the October 17, 2012 Discovery Order (Dkt. #9) is
4  hereby extended to November 7, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __October 31__, 2012

_____
JEFFREY S. WHITE
United States District Judge

Case No. C 12-80185               -1-
SMRH:407222766.1                         [PROPOSED] ORDER EXTENDING TIME