1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NML CAPITAL, LTD.,

        Plaintiff,

  v.

THE REPUBLIC OF ARGENTINA,

        Defendant.

_____/

No. CV 12-80185-MISC JSW

**ORDER RE BRIEFING MOTION
FOR RELIEF FROM
NONDISPOSITIVE ORDER**

      Now before the Court is the motion for relief filed by Plaintiff NML Capital, Ltd. from

Magistrate Judge James' Order regarding their motion to compel discovery from Chevron

Corporation.  The District Court may modify or set aside any portion of a magistrate's ruling on

non-dispositive pre-trial motions found to be "clearly erroneous or contrary to law."  Fed. R.

Civ. P. 72(a); *see also, e.g., Grimes v. City and County of San Francisco*, 951 F.2d 236, 241

(9th Cir. 1991).  A ruling is clearly erroneous if the reviewing court, after considering the

evidence, is left with the "definite and firm conviction that a mistake has been committed."

*United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948).

      Having carefully reviewed the motion for relief, and considered Plaintiff's arguments,

the Court hereby ORDERS Defendant to file a response to the objections by no later than

March 29, 2013.  Should Plaintiff wish to file a reply, it shall do so by no later than April 5,

2013.

      **IT IS SO ORDERED.**

Dated:  March 18, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE