| | |
|---|---|
| 1 | JOSHUA D. N. HESS (No. 244115) |
| 2 | joshua.hess@dechert.com<br>DECHERT LLP |
| 3 | One Bush Street, Suite 1600<br>San Francisco, California 94104 |
| 4 | Telephone: (415) 262-4500<br>Facsimile: (415) 262-4555 |
| 5 | DENNIS. H. HRANITZKY (admitted *pro hac vice*) |
| 6 | dennis.hranitzky@dechert.com<br>DECHERT LLP |
| 7 | 1095 Avenue of the Americas<br>New York, NY 10036 |
| 8 | Telephone: (212) 641-5647<br>Facsimile: (212) 698-3599 |
| 9 | Attorneys for Plaintiff |
| 10 | NML Capital, Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NML CAPITAL, LTD., | Case No. C 12-80185 JSW (MEJ) |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the law firm Dechert LLP has moved its San Francisco office to the following address:

> DECHERT LLP
> One Bush Street, Suite 1600
> San Francisco, California 94104
> Telephone: 415.262.4500
> Facsimile: 415.262.4555

DECHERT LLP
ATTORNEYS AT LAW

NOTICE OF CHANGE OF ADDRESS

1 | Dated: June 18, 2014          DECHERT LLP

*/s/ Joshua D. N. Hess*
JOSHUA D. N. HESS
*Attorneys for Plaintiff*
NML Capital, Ltd.

7 | 15286744.1.LITIGATION